```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                         Newport News Division
```

CANDISS DAVIS and
LAKESHA HUDSON,
*on behalf of themselves and all
other similarly situated individuals*,[1]

      Plaintiffs,

  v.                                CIVIL ACTION NO. 4:19cv55

KAYREE, INC.,
*doing business as*
CLUB PARADISE II,
ANTHONY ROMINIYI, and
CATHERINE ROMINIYI,

      Defendants.

## FINAL ORDER

This matter comes before the court on the parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice. ECF No. 24.

On January 29, 2020, the matter was referred to United States Magistrate Judge Robert J. Krask pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct necessary hearings, including evidentiary hearings, if necessary, and to submit to the undersigned district judge proposed findings of fact, if applicable, and recommendations for the disposition of the

---

[1] No motion for conditional certification has been filed, and the proposed settlement agreement among the parties only purports to settle with the two named plaintiffs, Candiss Davis and Lakesha Hudson. See ECF No. 21.

parties' Joint Motion for Settlement Approval and Dismissal, with Prejudice. ECF No. 25. The Magistrate Judge's Report and Recommendation ("R&R"), which recommended granting the Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice, was filed on March 24, 2020. ECF No. 29. In the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge within fourteen (14) days from the date of the mailing of the R&R to the objecting party. Id. at 12-13. The parties filed a Joint Notice with no objections to the R&R. ECF No. 31.

The court **ADOPTS AND APPROVES IN FULL** the findings and recommendations set forth in the Magistrate Judge's thorough and well-reasoned R&R, ECF No. 29, filed on March 24, 2020. Accordingly, the parties' Joint Motion for Approval of Settlement is **GRANTED,** and this matter is **DISMISSED WITH PREJUDICE.**

The Clerk is **DIRECTED** to send a copy of this Final Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/ Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

March 26, 2020